# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE STIEGER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>RAYTHEON COMPANY, a Delaware corporation, RAYTHEON SPACE AND AIRBORNE SYSTEMS, a business of Raytheon Company, a Delaware corporation, RAYTHEON BARGAINING RETIREMENT PLAN (CALIFORNIA), and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: 2:13-CV-448-DMG-PLAx<br><br>**ORDER DISMISSING CASE WITH PREJUDICE [45]** |

The parties, by and through their attorneys of record, have stipulated to a dismissal of the entire action with prejudice. IT IS HEREBY ORDERED that this action is dismissed with prejudice, in its entirety, pursuant to stipulation of the parties and pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party shall bear her/its own attorneys' fees and costs.

**IT IS SO ORDERED**.

DATED: September 2, 2014

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE